UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Michael Shapanka, Esq.
Michael Shapanka, P.C.
150 West End Ave.
Somerville, N.J. 08876
908-218-7928
FAX 908-218-0832
Email: mshapanka@optonline.net
Attorney for Kingtown Truckstop, LLC

In Re:
Anthony Curto Jr. dba TMT Trucking dba Total Metal Transport & Trucking LLC
Veronica Curto

Case No.: 20-14300 VFP
Chapter: 11
Judge: Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Kingtown Truckstop, LLC . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Michael Shapanka, Esq., P.C.
150 West End Ave.
Somerville, N.J. 08876

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: April 4, 2020

Signature

new.8/1/15