| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Karina Pia Lucid, Esq., LLC<br>3640 Valley Road, Suite 2-A, PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel: (908) 350-7505<br>Fax: (908) 350-4505<br>Attorney for Debtor(s), | Case No.: | 20-14300 |
| | Chapter: | |
| In Re:<br><br>Anthony & Veronica Curto | Adv. No.: | |
| | Hearing Date: | 4/9/20 at 10:00 a.m. |
| | Judge: | VFP |

## CERTIFICATION OF SERVICE

1. I, _____Sandra Cruz_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for ___Karina Pia Lucid, Esq.___, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __4/2/20_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Order Shortening Time Period for Notice Setting Hearing and Limiting Notice.
   - Motion to Continue Stay
   - Certification
   - Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __4/8/20_____    /s/ Sandra Cruz_____
                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell Hausman, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark Hall, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group<br>216 Haddon Ave<br>Suite 406<br>Westmont, NJ 08108 | Attorney for AmeriHome | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2