| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:     (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s), Anthony & Veronica Curto* | |
| In Re:<br><br>Anthony & Veronica Curto<br><br>            Debtor. | Case No: 20-14300 (VFP)<br><br>Chapter 11<br><br>Hearing Date: 4/9/20 at 10:00am<br><br>ORAL ARGUMENT:<br>REQUESTED, IF TIMELY OPPOSITION RECEIVED |

## CERTIFICATE OF SERVICE

Karina Pia Lucid, of full age, hereby certifies as follows:

1.      I am a member with the law firm of Karina Pia Lucid, Esq., LLC.

2.      On April 2, 2020, the undersigned caused to be served, via "Mail it service" a copy of the Order Shortening time, Application Shortening time and Motion to Continue Automatic Stay on the parties listed on the annexed service list by **OVERNIGHT MAIL.**

I hereby certify under penalty of perjury that the foregoing is true and correct.

                                                        KARINA PIA LUCID, ESQ., LLC
                                                        *Counsel for the Debtor(s), Anthony & Veronica Curto*

                                      /s/    *Karina Pia Lucid*

Dated: April 8, 2020                  Karina Pia Lucid

## SERVICE LIST

Amerihome Mtg Co, LLC
21300 Victory Blvd
Woodland Hills, CA 91367
**VIA OVERNIGHT MAIL**

Bank Capital Services LLC
Dba F.N.B Equipment
1853 Highway 315
Pittston, PA 18640
**VIA OVERNIGHT MAIL**

M&T Bank
c/o James Keller
McCarter & English LLP
4 Gateway Center
Newark, NJ 07102
**VIA OVERNIGHT MAIL**

Valley National Bank
1460 Valley Road
Wayne, NJ 07470
**VIA OVERNIGHT MAIL**