| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:     (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s), Anthony & Veronica Curto* | |
| In Re:<br><br>Anthony & Veronica Curto<br><br>        Debtor. | Case No: 20-14300 (VFP)<br><br>Chapter 11<br><br>Hearing Date: 4/9/20 at 10:00am<br><br>ORAL ARGUMENT:<br>REQUESTED, IF TIMELY OPPOSITION RECEIVED |

## CERTIFICATE OF SERVICE

Karina Pia Lucid, of full age, hereby certifies as follows:

1.   I am a member with the law firm of Karina Pia Lucid, Esq., LLC.

2.   On April 2, 2020, the undersigned caused to be served, via "Mail it service" a copy of the Order Shortening time, Application Shortening time and Motion to Continue Automatic Stay on the parties listed on the annexed service list by **REGULAR MAIL.**

I hereby certify under penalty of perjury that the foregoing is true and correct.

                                                             KARINA PIA LUCID, ESQ., LLC
                                                           *Counsel for the Debtor(s), Anthony & Veronica Curto*

                                                    /s/    *Karina Pia Lucid*

Dated: April 8, 2020                        Karina Pia Lucid

## SERVICE LIST

**Attached list of creditors**
**VIA REGULAR MAIL**

2

Amex
P.o. Box 981537
El Paso, TX 79998

Anthony J. Migliaccio, Esq.
500 North Franklin Turnpike
Ramsey, NJ 07446

ATT Universal
PO Box 790034
Saint Louis, MO 63101

Banana Republic
PO Box 965060
Orlando, FL 32896

Bank of the West
180 Montgomery Street
San Francisco, CA 94104

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899

Bloom/dsnb
Po Box 8218
Mason, OH 45040

BMO Harris
PO Box 3040
Cedar Rapids, IA 52406

Cap1/neimn
Po Box 30253
Salt Lake City, UT 84130

```
Cap1/saks
3455 Hwy 80 West
Jackson, MS 39209


Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130


Cllcn Bureau Of The Hu
155 North Plank Rd
Newburgh, NY 12550


Comenity Bank/anntylr
Po Box 182789
Columbus, OH 43218


Comenitybank/jcrew
Po Box 182789
Columbus, OH 43218


Delaware River Toll Bridge Commission
c/o Mark Caliguire, Esq
235 Broubalaw Way
Phillipsburg, NJ 08865




Fox Collection Center
Pob 528
Goodlettsville, TN 37070


Fulton Bank
Po Box 4887
Lancaster, PA 17604
```

Insight Mobile Data
c/o Tom Alexander, Legal Dept.
Alexander, Miller & Associates
7710-T Cherry Park Dr Suite 120
Houston, TX 77095


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


IPFS Corporation
c/o Norris McLaughlin, P.A.
400 Crossing Blvd 8th Floor
Bridgewater, NJ 08807


Jpmcb Card
Po Box 15369
Wilmington, DE 19850


Kingtown Fuel
1237 US-46 W
Ledgwood, NJ


Knight Capital
c/o Phillip Yates, Esq.
1691 Michigan Ave
Suiite 230
Miami Beach, FL 33139


M & T Bank
c/o James Kellar
McCarter & English, LLP
Newark, NJ 07102


Michael Shapanka, Esq.
150 West End Avenue
Somerville, NJ 08876


New Jersey Division of Taxation
Compliance and Enforcement - Bankruptcy
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08695-0267

Nordstrom/td Bank Usa
13531 E. Caley Ave
Englewood, CO 80111

PR Receivables Management LLC
PO BOX 41021
Norfolk, VA 23541

Syncb/banarepdc
Po Box 965005
Orlando, FL 32896

Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896

Syncb/gapdc
Po Box 965005
Orlando, FL 32896

Syncb/pc Richard
C/o Po Box 965036
Orlando, FL 32896

Universal Card Cbna
Po Box 6241
Sioux Falls, SD 57117

Us Dept Of Ed/glelsi
2401 International Lane
Madison, WI 53704

Valley National Bank
1460 Valley Road
Wayne, NJ 07470

Wong Fleming P.C
821 Alexander Road
Suite 200
Princeton, NJ 08540