| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |

In Re: _____

Case No.: _____

Chapter: 11 (Small Business Subchapter V)

Judge: _____

**SUBCHAPTER V STATUS REPORT**

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: _____

Trustee: _____

Has the debtor attended an initial debtor interview?    Yes ❑    No ❑

    If no, please explain:
_____

Has the trustee concluded the 341 meeting?    Yes ❑    No ❑

    If no, please explain:
_____

Has the debtor filed all postpetition financial reports?    Yes ❑    No ❑

    If no, please explain:
_____

Has the debtor filed all monthly operating reports?    Yes ❑    No ❑

    If no, please explain:
_____

Is all relevant insurance in place and current?    Yes ❑    No ❑

    If no, please explain:
_____

Has the debtor filed all applicable tax returns?                                    Yes ❏        No ❏

    If no, please explain:
    _____

Has the debtor paid all taxes entitled to administrative expense priority?    Yes ❏        No ❏

    If no, please explain:
    _____


Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

_____

_____

_____

_____


Other relevant information:

_____

_____

_____

_____


<u>Note</u>: **Debtor must file a plan not later than 90 days after entry of order for relief.** Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).


This status report must be served on the trustee and all parties in interest.


Date: _____           _____
                                                        Debtor


Date: _____           _____
                                                         Joint Debtor

*new.2/19/2020*