| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:     (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s), Anthony & Veronica Curto* | |
| In Re:<br><br>Anthony & Veronica Curto,<br><br>            Debtor. | Case No: 20-14300 (VFP)<br><br>Chapter 11<br><br>Hearing Date: 4/22/20<br><br>Judge:<br>Hon. Vincent F. Papalia |

## NOTICE REGARDING TELEPHONIC §341 HEARING

**PLEASE TAKE NOTICE** that the Chapter 11 §341 creditors meeting presently scheduled to take place at the office of the United States Trustee in Newark, New Jersey on Wednesday April 22, 2020 shall instead take place Wednesday April 22, 2020 by conference call commencing at 2:00 p.m. EST. If you wish to participate in the call, please email Debtor's counsel at klucid@karinalucidlaw.com no later than the end of business day on April 21, 2020 and you will receive dial-in instructions. YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

Dated: April 9, 2020

KARINA PIA LUCID, ESQ., LLC
*Counsel for the Debtor(s),*

By:   /s/*Karina Pia Lucid*
 Karina Pia Lucid