| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | <br>**Order Filed on April 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:   (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s), Anthony & Veronica Curto* | |
| In Re:<br><br>Anthony & Veronica Curto<br><br>             Debtor. | Case No: 20-14300 (VFP)<br><br>Chapter   11<br><br>Hearing Date:<br><br>ORAL ARGUMENT:<br>REQUESTED, IF TIMELY<br>OPPOSITION RECEIVED |

**ORDER ON MOTION TO CONTINUE THE AUTOMATIC STAY, PURSUANT TO
11 U.S.C. § 362(c)(3)(B)**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: April 23, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:   Anthony & Veronica Curto
Case No.: 20-14300 (VFP)
Caption:   Motion to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B)

THIS MATTER, having been opened to the Court upon the motion, (the "Motion") of the debtors, Anthony & Veronica Curto  (the "Debtors"), by and through their counsel, Karina Pia Lucid, Esq., seeking the entry of an Order to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B) and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the Motion is granted as set forth herein; and
2. The Automatic Stay shall remain in effect as to all creditors of the Debtors' estate served with the Motion and this Order, except as otherwise provided in the Bankruptcy Code or further Order of this Court.
3. Debtor shall serve a copy of this Order on all creditors, the Trustee, the U.S. Trustee and any party that filed a Notice of Appearance in this case within three (3) business days of its entry.