| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:    (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s), Anthony & Veronica Curto* | Order Filed on April 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Anthony & Veronica Curto<br><br>        Debtor. | Case No: 20-14300 (VFP)<br><br>Chapter   11<br><br>Hearing Date:<br><br>ORAL ARGUMENT:<br>REQUESTED, IF TIMELY<br>OPPOSITION RECEIVED |

**ORDER ON MOTION TO CONTINUE THE AUTOMATIC STAY, PURSUANT TO
11 U.S.C. § 362(c)(3)(B)**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: April 23, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:   Anthony & Veronica Curto
Case No.: 20-14300 (VFP)
Caption:   Motion to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B)

THIS MATTER, having been opened to the Court upon the motion, (the "Motion") of the debtors, Anthony & Veronica Curto (the "Debtors"), by and through their counsel, Karina Pia Lucid, Esq., seeking the entry of an Order to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B) and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the Motion is granted as set forth herein; and
2. The Automatic Stay shall remain in effect as to all creditors of the Debtors' estate served with the Motion and this Order, except as otherwise provided in the Bankruptcy Code or further Order of this Court.
3. Debtor shall serve a copy of this Order on all creditors, the Trustee, the U.S. Trustee and any party that filed a Notice of Appearance in this case within three (3) business days of its entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C Curto, Jr.  
Veronica Curto  
       Debtors

Case No. 20-14300-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 23, 2020  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.  
db/jdb         +Anthony C Curto, Jr.,    Veronica Curto,    20 Oakdale Ave,    Andover, NJ 07821-2939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         James Kevin Haney    on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com,  
          sshalloo@wongfleming.com,spiotrowski@wongfleming.com  
         Karina Pia Lucid    on behalf of Joint Debtor Veronica   Curto klucid@karinalucidlaw.com,  
          R43327@notify.bestcase.com;admin@karinalucidlaw.com  
         Karina Pia Lucid    on behalf of Debtor Anthony C Curto, Jr. klucid@karinalucidlaw.com,  
          R43327@notify.bestcase.com;admin@karinalucidlaw.com  
         Mark Edward Hall    mhall@foxrothschild.com  
         Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                   TOTAL: 7