UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Karina Pia Lucid, Esq., LLC
Karina P. Lucid
3640 Valley Road
P.O. Box 230
Liberty Corner, NJ 07938
908-350-7505
*Proposed counsel to debtors, Veronica and Anthony C. Curto*

**Order Filed on April 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Veronica and Anthony C. Curto

Debtors.

Case No.:      ___20-14300 (VFP)_____

Chapter:       __11 Subchapter V_____

Judge:         Vincent F. Papalia

## ORDER AUTHORIZING RETENTION OF

**Karina Pia Lucid, Esq., LLC, Nunc Pro Tunc to the Petition Date**

The relief set forth on the following page is **ORDERED**.

**DATED: April 29, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain Karina Pia Lucid, Esq., LLC as counsel, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:   3640 Valley Road, #2A

    P.O. Box 230

    Liberty Corner, NJ 07938

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the Debtors' petition was filed with this Court.

*rev.8/1/15*