UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Karina Pia Lucid, Esq., LLC
Karina P. Lucid
3640 Valley Road
P.O. Box 230
Liberty Corner, NJ 07938
908-350-7505
*Proposed counsel to debtors, Veronica and Anthony C. Curto*

Order Filed on April 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Veronica and Anthony C. Curto

Debtors.

Case No.:     ___20-14300 (VFP)_____

Chapter:      ___11 Subchapter V_____

Judge:        Vincent F. Papalia

## ORDER AUTHORIZING RETENTION OF

**Karina Pia Lucid, Esq., LLC, Nunc Pro Tunc to the Petition Date**

The relief set forth on the following page is **ORDERED**.

**DATED: April 29, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain Karina Pia Lucid, Esq., LLC as counsel, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   3640 Valley Road, #2A
   P.O. Box 230
   Liberty Corner, NJ 07938

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the Debtors' petition was filed with this Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C Curto, Jr.  
Veronica Curto  
      Debtors

Case No. 20-14300-VFP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 29, 2020  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.  
db/jdb      +Anthony C Curto, Jr.,   Veronica Curto,   20 Oakdale Ave,   Andover, NJ 07821-2939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:

      Denise E. Carlon   on behalf of Creditor   AmeriHome Mortgage Company, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      James Kevin Haney   on behalf of Creditor   BMO Harris Bank N.A. jhaney@wongfleming.com, sshalloo@wongfleming.com,spiotrowski@wongfleming.com  
      Karina Pia Lucid   on behalf of Joint Debtor Veronica   Curto klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com  
      Karina Pia Lucid   on behalf of Debtor Anthony C Curto, Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com  
      Mark Edward Hall   mhall@foxrothschild.com  
      Mitchell Hausman   on behalf of U.S. Trustee   U.S. Trustee Mitchell.B.Hausman@usdoj.gov  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 7