| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J LBR 9004-2(c)**<br><br>**WONG FLEMING, P.C.**<br>James K. Haney, Esq.<br>821 Alexander Road, Suite 200<br>Princeton, NJ 08540<br>Tel: 609-951-9520<br>Fax: 609-951-0270<br>Email: jhaney@wongfleming.com<br>*Attorneys for BMO Harris Bank N.A.* | |
| In re:<br><br>ANTHONY C. CURTO, JR. dba TMT TRUCKING and VERONICA CURTO,<br><br>                    Debtors. | Case No. 20-14300-VFP<br><br>Hearing Date: May 19, 2020; 10:00 AM<br><br>Chapter 11<br><br>Honorable Vincent F. Papalia |

**CERTIFICATION OF NO OBJECTION REGARDING SECURED CREDITOR
BMO HARRIS BANK N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The undersigned hereby certifies that, as of May 13, 2020, Secured Creditor BMO Harris Bank N.A. has received no answer, objection or other responsive pleading to Motion for Relief from the Automatic Stay, Dkt. No. 31, filed on April 27, 2020. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to Notice of Motion, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than May 12, 2020.

It is hereby respectfully requested that the Order submitted granting Movant's Motion for Relief from the Automatic Stay be entered at the earliest convenience of the Court.

Date: May 13, 2020

*/s/ James K. Haney*
James K. Haney, Esq.
**WONG FLEMING, P.C.**
821 Alexander Road, Suite 200
Princeton, NJ 08540
Tel: (609) 951-9520
jhaney@wongfleming.com
*Attorneys for BMO Harris Bank N.A.*