| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

WONG FLEMING, P.C.
James K. Haney, Esq.
821 Alexander Road, Suite 200
Princeton, NJ 08540
Tel: 609-951-9520
Fax: 609-951-0270
jhaney@wongfleming.com

**Order Filed on May 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANTHONY C. CURTO, JR. dba TMT TRUCKING and VERONICA CURTO,

Debtor.

| | |
| --- | --- |
| Case No.: | 20-14300-VFP |
| Hearing Date: | May 19, 2020 |
| Judge: | Vincent F. Papalia |
| Chapter: | 11 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 21, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of _____BMO Harris Bank N.A._____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒ Personal property more fully described as:

One (1) 2012 Peterbilt 389-Series (Serial No.: 1XPTD40X3CD158012) and two (2) 2014 Spectec Scraps (Serial Numbers: 1S9DS4422ES188554 & 1S9DS4425ES188614).

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
Anthony C Curto, Jr.
Veronica Curto
       Debtors

Case No. 20-14300-VFP
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 22, 2020
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2020.
db/jdb         +Anthony C Curto, Jr.,   Veronica Curto,   20 Oakdale Ave,   Andover, NJ 07821-2939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2020 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           James Kevin Haney    on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com,
            sshalloo@wongfleming.com,spiotrowski@wongfleming.com
           Karina Pia Lucid    on behalf of Joint Debtor Veronica   Curto klucid@karinalucidlaw.com,
            R43327@notify.bestcase.com;admin@karinalucidlaw.com
           Karina Pia Lucid    on behalf of Debtor Anthony C Curto, Jr. klucid@karinalucidlaw.com,
            R43327@notify.bestcase.com;admin@karinalucidlaw.com
           Mark Edward Hall    mhall@foxrothschild.com
           Michael Shapanka    on behalf of Creditor    Kingtown Truckstop, LLC mshapanka@optonline.net
           Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 8