Certificate Number: 14912-NJ-DE-034495472

Bankruptcy Case Number: 20-14300



14912-NJ-DE-034495472

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 26, 2020, at 10:07 o'clock PM EDT, Veronica Curto completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    May 26, 2020

By:    /s/Jai Bhatt

Name:    Jai Bhatt

Title:    Counselor