Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−14300−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony C Curto Jr.
dba TMT Trucking, dba Total Metal
Transport & Trucking LLC
20 Oakdale Ave
Andover, NJ 07821

Veronica Curto
20 Oakdale Ave
Andover, NJ 07821

Social Security No.:
xxx−xx−8701                          xxx−xx−7851

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

Chapter 11: [In a case in which 1141(d)(3) applies, no later than the date you make your last plan payment.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: May 25, 2020
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C Curto, Jr.  
Veronica Curto  
       Debtors

Case No. 20-14300-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1                  Date Rcvd: May 26, 2020  
                              Form ID: finmgtc         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2020.  
db/jdb      +Anthony C Curto, Jr.,    Veronica Curto,    20 Oakdale Ave,    Andover, NJ 07821-2939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 27 2020 00:31:18    U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 27 2020 00:31:14    United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                  TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                                                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2020 at the address(es) listed below:  
        Denise E. Carlon   on behalf of Creditor   AmeriHome Mortgage Company, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        James Kevin Haney   on behalf of Creditor   BMO Harris Bank N.A. jhaney@wongfleming.com, sshalloo@wongfleming.com,spiotrowski@wongfleming.com  
        Karina Pia Lucid   on behalf of Joint Debtor Veronica  Curto klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com  
        Karina Pia Lucid   on behalf of Debtor Anthony C Curto, Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com  
        Mark Edward Hall   mhall@foxrothschild.com  
        Michael Shapanka   on behalf of Creditor   Kingtown Truckstop, LLC mshapanka@optonline.net  
        Mitchell Hausman   on behalf of U.S. Trustee   U.S. Trustee Mitchell.B.Hausman@usdoj.gov  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 8