

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:    (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s), Anthony & Veronica Curto* | **Order Filed on June 25, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Anthony & Veronica Curto<br><br>            Debtors. | Case No: 20-14300 (VFP)<br><br>Chapter 13<br><br>Hearing Date:<br><br>ORAL ARGUMENT:<br>REQUESTED, IF TIMELY<br>OPPOSITION RECEIVED |

### ORDER ON DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO <u>11 U.S.C. § 1189(b)</u> TO EXTEND TIME PERIOD TO FILE CHAPTER 11 PLAN

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: June 25, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:   Anthony & Veronica Curto
Case No.: 20-14300 (VFP)
Caption:   DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 1189(b) TO EXTEND EXCLUSIVE PERIOD TO FILE CHAPTER 11 PLAN

THIS MATTER, having been opened to the Court upon the motion, (the "Motion") of the debtors, Anthony & Veronica Curto  (the "Debtors"), by and through their counsel, Karina Pia Lucid, Esq., seeking the entry of an Order For Entry Of An Order Pursuant To 11 U.S.C. § 1189(b) To Extend Time Period To File Chapter 11 Plan and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the Motion is granted; and
2. The Debtors' Time Period for filing its Chapter 11 Plan is hereby extended 60 days to July 31, 2020.