| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:     (908) 350-7505<br>Email:   klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s), Anthony & Veronica Curto* | Order Filed on June 25, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Anthony & Veronica Curto<br><br>　　　　　　Debtors. | Case No: 20-14300 (VFP)<br><br>Chapter 13<br><br>Hearing Date:<br><br>ORAL ARGUMENT:<br>REQUESTED, IF TIMELY<br>OPPOSITION RECEIVED |

**ORDER ON DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 1189(b) TO EXTEND TIME PERIOD TO FILE CHAPTER 11 PLAN**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: June 25, 2020**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia**
　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

Debtor:  Anthony & Veronica Curto
Case No.: 20-14300 (VFP)
Caption:  DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 1189(b) TO EXTEND EXCLUSIVE PERIOD TO FILE CHAPTER 11 PLAN

        THIS MATTER, having been opened to the Court upon the motion, (the "Motion") of the debtors, Anthony & Veronica Curto (the "Debtors"), by and through their counsel, Karina Pia Lucid, Esq., seeking the entry of an Order For Entry Of An Order Pursuant To 11 U.S.C. § 1189(b) To Extend Time Period To File Chapter 11 Plan and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED:

1. That the Motion is granted; and
2. The Debtors' Time Period for filing its Chapter 11 Plan is hereby extended 60 days to July 31, 2020.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C Curto, Jr.  
Veronica Curto  
    Debtors

Case No. 20-14300-VFP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 26, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.  
db/jdb       +Anthony C Curto, Jr.,   Veronica Curto,   20 Oakdale Ave,   Andover, NJ 07821-2939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        James Kevin Haney    on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com,  
         sshalloo@wongfleming.com,spiotrowski@wongfleming.com  
        Karina Pia Lucid    on behalf of Joint Debtor Veronica  Curto klucid@karinalucidlaw.com,  
         R43327@notify.bestcase.com;admin@karinalucidlaw.com  
        Karina Pia Lucid    on behalf of Debtor Anthony C Curto, Jr. klucid@karinalucidlaw.com,  
         R43327@notify.bestcase.com;admin@karinalucidlaw.com  
        Mark Edward Hall    mhall@foxrothschild.com  
        Michael  Shapanka    on behalf of Plaintiff    Kingtown Truckstop, LLC mshapanka@optonline.net  
        Michael  Shapanka    on behalf of Creditor    Kingtown Truckstop, LLC mshapanka@optonline.net  
        Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                              TOTAL: 9