Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−14300−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony C Curto Jr.
dba TMT Trucking, dba Total Metal
Transport & Trucking LLC
20 Oakdale Ave
Andover, NJ 07821

Veronica Curto
20 Oakdale Ave
Andover, NJ 07821

Social Security No.:
xxx−xx−8701
xxx−xx−7851

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       8/18/20
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Karina Pia Lucid, Debtor's Attorney

COMMISSION OR FEES
$10,280.00

EXPENSES
$661.15

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 23, 2020
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 20-14300-VFP
Anthony C Curto, Jr.                                                    Chapter 11
Veronica Curto
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jul 23, 2020
                              Form ID: 137         Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
```
db/jdb       +Anthony C Curto, Jr.,    Veronica Curto,   20 Oakdale Ave,   Andover, NJ 07821-2939
cr           +BMO Harris Bank N.A.,    111 W. Monroe Street,   Chicago, IL 60603-4095
acc          +Steven Kessler,    Steven Kessler & Associates, LLC,    15 Commerice Blvd,
               Succasunna, NJ 07876-1343
518808095     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
518766656    +American Express National Bank, AENB,    c/o Zwicker and Associates, P.C.,
               Attorneys/Agents for Creditor,    P.O. Box 9043,   Andover, MA 01810-0943
518761300    +Amerihome Mtg Co, Llc,    21300 Victory Blvd,    Woodland Hills, CA 91367-2525
518761301    +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
518761302    +Bank Capital Services LLC,    dba F.N.B. Equipment,    1853 Highway 315,
               Pittston, PA 18640-6101
518761303     Bank Of The West,    Consumer Product Servicing,    Omaha, NE 68154
518761304    +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
518761305    +Bloom/dsnb,    Po Box 8218,    Mason, OH 45040-8218
518761307    +Cap1/saks,    3455 Hwy 80 West,    Jackson, MS 39209-7202
518840794    +Cenlar FSB,   425 Phillips Blvd,    Ewing, NJ 08618-1430
518761309    +Cllcn Bureau Of The Hu,    155 North Plank Rd,    Newburgh, NY 12550-1747
518761316    +IPFS Corporation,    c/o Norris McLaughlin, P.A.,    400 Crossing Blvd 8th Floor,
               Bridgewater, NJ 08807-2863
518799730    +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
518786606    +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
518810003     Kingtown Truckstop, LLC,    Michael Spapanka, Esq.,    150 West Ave,,   Somerville, NJ 08876
518803198    +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
518761318   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  New Jersey Division of Taxation,
               Compliance and Enforcement - Bankruptcy,    50 Barrack Street, 9th Floor,   P.O. Box 245,
               Trenton, NJ 08695-0267)
518834084     State of New Jersey,    Division of Employer Accounts,    PO Box 379,   Trenton, NJ 08625-0379
518805152     U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
               Saint Louis MO 63166-0108
518761324    +Universal Card Cbna,    Po Box 6241,    Sioux Falls, SD 57117-6241
518761325    +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
518761326    +Valley National Bank,    1460 Valley Road,    Wayne, NJ 07470-8494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 23 2020 23:48:12      Dist Dir of IRS,
               Insolvency Function,   PO Box 724,    Springfield, NJ  07081-0724
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 23:48:54      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 23:48:51      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518805435    +E-mail/Text: bknotices@bankofthewest.com Jul 23 2020 23:49:07      BANK OF THE WEST,
               2527 CAMINO RAMON,    SAN RAMON CA 94583-4213
518761306    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 23:52:52      Cap1/neimn,
               Po Box 30253,   Salt Lake City, UT 84130-0253
518777136    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 23 2020 23:52:30
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518761308    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 23:52:51
               Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
518761310    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 23:48:29      Comenity Bank/anntylr,
               Po Box 182789,   Columbus, OH 43218-2789
518761311    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 23:48:29      Comenitybank/jcrew,
               Po Box 182789,   Columbus, OH 43218-2789
518761313    +E-mail/Text: bankruptcies@foxcollection.com Jul 23 2020 23:48:50      Fox Collection Center,
               Pob 528,   Goodlettsville, TN 37070-0528
518761314    +E-mail/Text: bankruptcy@fult.com Jul 23 2020 23:49:41      Fulton Bank,   Po Box 4887,
               Lancaster, PA 17604-4887
518839143    +E-mail/Text: bankruptcy@fult.com Jul 23 2020 23:49:41      Fulton Bank, N.A.,   One Penn Square,
               Lancaster, PA 17602-2853
518833422    +E-mail/Text: ipfscollectionsreferrals@ipfs.com Jul 23 2020 23:49:20      IPFS Corporation,
               30 Montgomery Street,    Suite 501,    Jersey City, NJ 07302-3821
518777374     E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2020 23:49:08      Jefferson Capital Systems LLC,
               Po Box 7999,   Saint Cloud Mn 56302-9617
518761317     E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 23 2020 23:52:51      Jpmcb Card,
               Po Box 15369,   Wilmington, DE 19850
518764501     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 23:52:24      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
```

```
District/off: 0312-2           User: admin                Page 2 of 2                   Date Rcvd: Jul 23, 2020
                               Form ID: 137               Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518761319      +E-mail/Text: bnc@nordstrom.com Jul 23 2020 23:48:10      Nordstrom/td Bank Usa,
                 13531 E. Caley Ave,    Englewood, CO 80111-6504
518801383       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 23:53:35
                 Portfolio Recovery Associates, LLC,    c/o Barclays Bank Delaware,    POB 41067,
                 Norfolk VA 23541
518799388       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 23:52:18
                 Portfolio Recovery Associates, LLC,    c/o Neiman Marcus,    POB 41067,    Norfolk VA 23541
518799390       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 23:53:37
                 Portfolio Recovery Associates, LLC,    c/o Saks,    POB 41067,    Norfolk VA 23541
518833957       E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 23:48:43
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
518761320      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 23:53:16      Syncb/banarepdc,    Po Box 965005,
                 Orlando, FL 32896-5005
518761321      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 23:52:03      Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518761322      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 23:52:39      Syncb/gapdc,    Po Box 965005,
                 Orlando, FL 32896-5005
518761323      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 23:53:15      Syncb/pc Richard,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518762232      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 23:52:04      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518839842      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 23:52:39      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518761312       First National Bank
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518808109*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518761315*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518870919*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State of New Jersey,    Division Of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
                                                                                               TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James Kevin Haney    on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com,
               sshalloo@wongfleming.com,spiotrowski@wongfleming.com
              Karina Pia Lucid    on behalf of Debtor Anthony C Curto, Jr. klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Karina Pia Lucid    on behalf of Joint Debtor Veronica   Curto klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Mark Edward Hall    mhall@foxrothschild.com
              Michael   Shapanka    on behalf of Plaintiff    Kingtown Truckstop, LLC mshapanka@optonline.net
              Michael   Shapanka    on behalf of Creditor    Kingtown Truckstop, LLC mshapanka@optonline.net
              Mitchell   Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```