# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Anthony C. Curto, Jr. &<br>Veronica Curto,<br><br><div align="center">Debtors.</div> | Case No.: _____20-14300_____<br><br>Hearing Date: ___September 10, 2020___<br><br>Chapter: _____11_____<br><br>Judge: ___Vincent F. Papalia___ |

## NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 11 SMALL BUSINESS

## SUBCHAPTER V PLAN

You are hereby notified of a hearing before the Honorable Vincent F. Papalia, United States Bankruptcy Judge.

**Location, Date, and Time of Hearing:** The hearing will take place by telephone via Court Solutions, LLC. Upon receipt of this Order, Debtor may contact Court Solutions at 917-746-7476, or visit (https://www.court-solutions.com/) to schedule an appearance on the Court assigned hearing date of September 10, 2020 at 11:00am

Deadlines: Objections to Confirmation of Plan must be filed and served by 5:00pm (EST) on September 3, 2020.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 4, 2020, this notice was served on the following:

Debtor, Debtor's Counsel, the U.S. Trustee Office and any party having filed a Notice of Appearance.

JEANNE A. NAUGHTON, Clerk

By: _/S/ Juan Filgueiras_____
Deputy Clerk

*rev. 1/4 / 17*