Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−14300−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony C Curto Jr.
dba TMT Trucking, dba Total Metal
Transport & Trucking LLC
20 Oakdale Ave
Andover, NJ 07821

Veronica Curto
20 Oakdale Ave
Andover, NJ 07821

Social Security No.:
xxx−xx−8701                               xxx−xx−7851

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/25/20 at 02:00 PM

to consider and act upon the following:

*61* − Interim Application for Compensation for Steven Kessler, Accountant, period: 3/13/2020 to 6/30/2020, fee: $29585, expenses: $. Filed by Karina Pia Lucid. Hearing scheduled for 8/25/2020 at 02:00 PM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Exhibit Inv 4.22.2020 # 2 Exhibit Inv 4.30.2020 # 3 Exhibit Inv. 5.31.2020 # 4 Exhibit Inv 6.30.2020) (Lucid, Karina)

Dated: 8/5/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court