**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Anthony C. Curto, Jr. &<br>Veronica Curto,<br><br>Debtors. | Case No.: 20-14300<br>Hearing Date: September 10, 2020<br>Chapter: 11<br>Judge: Vincent F. Papalia |

## NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 11 SMALL BUSINESS SUBCHAPTER V PLAN

You are hereby notified of a hearing before the Honorable Vincent F. Papalia, United States Bankruptcy Judge.

**Location, Date, and Time of Hearing:** The hearing will take place by telephone via Court Solutions, LLC. Upon receipt of this Order, Debtor may contact Court Solutions at 917-746-7476, or visit (https://www.court-solutions.com/) to schedule an appearance on the Court assigned hearing date of September 10, 2020 at 11:00am

Deadlines: Objections to Confirmation of Plan must be filed and served by 5:00pm (EST) on September 3, 2020.

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 4, 2020, this notice was served on the following:

Debtor, Debtor's Counsel, the U.S. Trustee Office and any party having filed a Notice of Appearance.

JEANNE A. NAUGHTON, Clerk

By: /S/ Juan Filgueiras
Deputy Clerk

*rev. 1/4 / 17*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C Curto, Jr.  
Veronica Curto  
    Debtors

Case No. 20-14300-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1                  Date Rcvd: Aug 04, 2020
                              Form ID: pdf900          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
```
db/jdb         +Anthony C Curto, Jr.,    Veronica Curto,    20 Oakdale Ave,    Andover, NJ 07821-2939
cr             +BMO Harris Bank N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
acc            +Steven Kessler,    Steven Kessler & Associates, LLC,    15 Commerice Blvd,
                Succasunna, NJ 07876-1343
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2020 23:17:58
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Kevin Haney    on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com,
               sshalloo@wongfleming.com,spiotrowski@wongfleming.com
              Karina Pia Lucid    on behalf of Debtor Anthony C Curto, Jr. klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Karina Pia Lucid    on behalf of Defendant Veronica   Curto klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Karina Pia Lucid    on behalf of Joint Debtor Veronica  Curto klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Karina Pia Lucid    on behalf of Defendant Anthony C. Curto klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Mark Edward Hall     mhall@foxrothschild.com
              Michael  Shapanka    on behalf of Creditor    Kingtown Truckstop, LLC mshapanka@optonline.net
              Michael  Shapanka    on behalf of Plaintiff    Kingtown Truckstop, LLC mshapanka@optonline.net
              Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```