| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>P.O. Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:    (908) 350-7505<br>Email: klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s), Anthony & Veronica Curto* |
| In Re:<br><br>Anthony & Veronica Curto,<br><br>            Debtor(s). |

Case No.: 20- 14300(VFP)

Chapter 11 (Subchapter V Small Business)

## **CERTIFICATE OF SERVICE**

I, Debra Kudriavetz, of full age, hereby certify as follows:

1. I am a legal assistant at the law firm of Karina Pia Lucid, Esq., LLC.

2. This office represents the Debtors in the above-captioned Chapter 11 case.

3. On August 5, 2020, I caused to be served as indicated below, the following documents: Debtors' Small Business Chapter 11 Plan and Disclosure Statement, with Exhibits ("DE#62") on the parties listed on the annexed service list.

I certify under penalty of perjury that the foregoing is true and correct.

                                    KARINA PIA LUCID, ESQ., LLC
                                    *Counsel for the Debtor*

                                     /s/    *Debra Kudriavetz*
Dated: August 5, 2020               Debra Kudriavetz

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell B. Hausman, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>X  Regular mail<br>☐ Certified mail/RR<br>X Other   CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark Hall, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960-5122 | | ☐ Hand-delivered<br>X  Regular mail<br>☐ Certified mail/RR<br>X Other   CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony & Veronica Curto<br>20 Oakdale Ave<br>Andover, NJ 07821 | Debtors | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>x   CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| List of Creditors Attached | Creditors | ☐Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>x   CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |