

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**WONG FLEMING, P.C.**<br>James K. Haney, Esq.<br>821 Alexander Road, Suite 200<br>Princeton, NJ 08540<br>Tel:  609-951-9520<br>Fax: 609-951-0270<br>Email: jhaney@wongfleming.com<br>*Attorneys for BMO Harris Bank N.A.* | Order Filed on August 27, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ANTHONY C. CURTO dba TMT TRUCKING and VERONICA CURTO,<br><br>               Debtors. | Case No. 20-14300-VFP<br><br>Chapter 11<br><br>Honorable Vincent F. Papalia |

### ORDER GRANTING MOTION TO DEEM FILED *NUNC PRO TUNC*

The relief set forth on the following pages, two (2) through two (2) is hereby **ORDERED**.

**DATED: August 27, 2020**

                                                      **Honorable Vincent F. Papalia**
                                                      **United States Bankruptcy Judge**

Upon the motion of Secured Creditor BMO Harris Bank N.A ("BHB"), to deem filed *nunc pro tunc,* and for good cause shown:

**IT IS ORDERED** that the Proofs of Claim filed by Creditor BMO Harris Bank N.A. are deemed filed *nunc pro tunc as of April 2, 2020.*

                                                                                                                        U.S.B.J.