| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**WONG FLEMING, P.C.**<br>James K. Haney, Esq.<br>821 Alexander Road, Suite 200<br>Princeton, NJ 08540<br>Tel:  609-951-9520<br>Fax: 609-951-0270<br>Email: jhaney@wongfleming.com<br>*Attorneys for BMO Harris Bank N.A.* |
| In re:<br><br>ANTHONY C. CURTO dba TMT TRUCKING and VERONICA CURTO,<br><br>　　　　　　Debtors. |

**Order Filed on August 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 20-14300-VFP

Chapter 11

Honorable Vincent F. Papalia

_____

**ORDER GRANTING MOTION TO DEEM FILED *NUNC PRO TUNC***
_____

The relief set forth on the following pages, two (2) through two (2) is hereby **ORDERED**.

**DATED: August 27, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of Secured Creditor BMO Harris Bank N.A ("BHB"), to deem filed *nunc pro tunc,* and for good cause shown:

**IT IS ORDERED** that the Proofs of Claim filed by Creditor BMO Harris Bank N.A. are deemed filed *nunc pro tunc as of April 2, 2020.*

_____
U.S.B.J.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C Curto, Jr.  
Veronica Curto  
    Debtors

Case No. 20-14300-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 27, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2020.  
db/jdb        +Anthony C Curto, Jr.,    Veronica Curto,    20 Oakdale Ave,    Andover, NJ 07821-2939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        James Kevin Haney    on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com, sshalloo@wongfleming.com,spiotrowski@wongfleming.com  
        Karina Pia Lucid    on behalf of Defendant Veronica    Curto klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com  
        Karina Pia Lucid    on behalf of Joint Debtor Veronica    Curto klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com  
        Karina Pia Lucid    on behalf of Defendant Anthony C. Curto klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com  
        Karina Pia Lucid    on behalf of Debtor Anthony C Curto, Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com  
        Mark Edward Hall    mhall@foxrothschild.com  
        Michael    Shapanka    on behalf of Plaintiff    Kingtown Truckstop, LLC mshapanka@optonline.net  
        Michael    Shapanka    on behalf of Creditor    Kingtown Truckstop, LLC mshapanka@optonline.net  
        Mitchell    Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                              TOTAL: 11