|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:    (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the debtor(s), Anthony and Veronica Curto* | Order Filed on August 31, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Anthony and Veronica Curto<br><br>              Debtor(s). | Case No: 20-14300 (VFP)<br><br>Chapter 11, Subchapter V<br><br>Hearing Date: |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby ORDERED.


**DATED: August 31, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case Name: In re Anthony and Veronica Curto
Docket No.: 20-14300 (VFP)
Caption: First Interim Fee Application of Karina Pia Lucid, Esq., LLC, Counsel to the Debtor
Page ~2~

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is ORDERED that compensation and expenses are allowed as follows:

| APPLICANT(S) | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Karina Pia Lucid, Esq., LLC | $10,280.00 | $661.15 |