| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:    (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the debtor(s), Anthony and Veronica Curto* |
| In Re:<br><br>Anthony and Veronica Curto<br><br>                    Debtor(s). |

**Order Filed on August 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 20-14300 (VFP)

Chapter 11, Subchapter V

Hearing Date:

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby ORDERED.

**DATED: August 31, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case Name:  In re Anthony and Veronica Curto
Docket No.:  20-14300 (VFP)
Caption:    First Interim Fee Application of Karina Pia Lucid, Esq., LLC, Counsel to the Debtor
Page ~2~

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is ORDERED that compensation and expenses are allowed as follows:

| APPLICANT(S) | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Karina Pia Lucid, Esq., LLC | $10,280.00 | $661.15 |

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C Curto, Jr.  
Veronica Curto  
    Debtors

Case No. 20-14300-VFP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 31, 2020  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.  
db/jdb       +Anthony C Curto, Jr.,    Veronica Curto,    20 Oakdale Ave,    Andover, NJ 07821-2939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC  
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        James Kevin Haney    on behalf of Creditor    BMO Harris Bank N.A. jhaney@wongfleming.com,  
         sshalloo@wongfleming.com,spiotrowski@wongfleming.com  
        Karina Pia Lucid    on behalf of Defendant Veronica    Curto klucid@karinalucidlaw.com,  
         R43327@notify.bestcase.com;admin@karinalucidlaw.com  
        Karina Pia Lucid    on behalf of Joint Debtor Veronica    Curto klucid@karinalucidlaw.com,  
         R43327@notify.bestcase.com;admin@karinalucidlaw.com  
        Karina Pia Lucid    on behalf of Defendant Anthony C. Curto klucid@karinalucidlaw.com,  
         R43327@notify.bestcase.com;admin@karinalucidlaw.com  
        Karina Pia Lucid    on behalf of Debtor Anthony C Curto, Jr. klucid@karinalucidlaw.com,  
         R43327@notify.bestcase.com;admin@karinalucidlaw.com  
        Mark Edward Hall    mhall@foxrothschild.com  
        Michael    Shapanka    on behalf of Plaintiff    Kingtown Truckstop, LLC mshapanka@optonline.net  
        Michael    Shapanka    on behalf of Creditor    Kingtown Truckstop, LLC mshapanka@optonline.net  
        Mitchell    Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                             TOTAL: 11