| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>KARINA PIA LUCID, ESQ., LLC<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:    (908) 350-7505<br>Email: klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s)* |

| | |
|---|---|
| In Re:<br><br>Anthony & Veronica Curto<br><br><br>Debtor(s). | Case No.: 20-14300<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

Debra Kudriavetz, of full age, hereby certifies as follows:

1. I am a Legal Assistant at the law firm of Karina Pia Lucid, Esq., LLC.

2. This office represents the Debtors in the above-captioned Chapter 11 case.

3. On September 18, 2020, I caused to be served as indicated below, the Second Application for Compensation of Karina Pia Lucid, Esq., LLC (the "Fee App."), Detailed Billing statements, Proposed Order ("Proposed Order") Granting the Fee Application request and Notice of Hearing on the parties listed on the annexed service list **via Certificateofservice.com** mailing service.

I certify under penalty of perjury that the foregoing is true and correct.

KARINA PIA LUCID, ESQ., LLC

   /s/    *Debra Kudriavetz*
Debra Kudriavetz

Dated: September 18, 2020

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell B. Hausman, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>X  Regular mail<br>☐ Certified mail/RR<br>X Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark Hall, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960-5122 |  | ☐ Hand-delivered<br>X  Regular mail<br>☐ Certified mail/RR<br>X Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony & Veronica Curto<br>20 Oakdale Ave<br>Andover, NJ 07821 | Debtors | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| List of Creditors Attached | Creditors | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>X  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Amerihome Mtg Co, Llc
21300 Victory Blvd
Woodland Hills, CA 91367


Amex
P.o. Box 981537
El Paso, TX 79998


Anthony J. Migliaccio, Esq.
500 North Franklin Turnpike
Ramsey, NJ 07446


ATT Universal
PO Box 790034
Saint Louis, MO 63101


Banana Republic
PO Box 965060
Orlando, FL 32896


Bank Capital Services LLC
dba F.N.B. Equipment
1853 Highway 315
Pittston, PA 18640


Bank Of The West
Consumer Product Servicing
Omaha, NE 68154


Bank of the West
180 Montgomery Street
San Francisco, CA 94104


Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899


Bloom/dsnb
Po Box 8218
Mason, OH 45040


BMO Harris
PO Box 3040
Cedar Rapids, IA 52406

Cap1/neimn
Po Box 30253
Salt Lake City, UT 84130


Cap1/saks
3455 Hwy 80 West
Jackson, MS 39209


Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130


Cllcn Bureau Of The Hu
155 North Plank Rd
Newburgh, NY 12550


Comenity Bank/anntylr
Po Box 182789
Columbus, OH 43218


Comenitybank/jcrew
Po Box 182789
Columbus, OH 43218


Delaware River Toll Bridge Commission
c/o Mark Caliguire, Esq
235 Broubalaw Way
Phillipsburg, NJ 08865


Denise Carlon
KML Law Group, P.C
216 Haddon Ave Suite 406
Westmont, NJ 08108


First National Bank


Fox Collection Center
Pob 528
Goodlettsville, TN 37070


Fulton Bank
Po Box 4887
Lancaster, PA 17604

```
Insight Mobile Data
c/o Tom Alexander, Legal Dept.
Alexander, Miller & Associates
7710-T Cherry Park Dr Suite 120
Houston, TX 77095


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


IPFS Corporation
c/o Norris McLaughlin, P.A.
400 Crossing Blvd 8th Floor
Bridgewater, NJ 08807


Jpmcb Card
Po Box 15369
Wilmington, DE 19850


Kingtown Fuel
1237 US-46 W
Ledgwood, NJ


Knight Capital
c/o Phillip Yates, Esq.
1691 Michigan Ave
Suiite 230
Miami Beach, FL 33139


M & T Bank
c/o James Kellar
McCarter & English, LLP
Newark, NJ 07102


Michael Shapanka, Esq.
150 West End Avenue
Somerville, NJ 08876


New Jersey Division of Taxation
Compliance and Enforcement - Bankruptcy
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08695-0267
```

Nordstrom/td Bank Usa
13531 E. Caley Ave
Englewood, CO 80111

PR Receivables Management LLC
PO BOX 41021
Norfolk, VA 23541

Syncb/banarepdc
Po Box 965005
Orlando, FL 32896

Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896

Syncb/gapdc
Po Box 965005
Orlando, FL 32896

Syncb/pc Richard
C/o Po Box 965036
Orlando, FL 32896

Universal Card Cbna
Po Box 6241
Sioux Falls, SD 57117

Us Dept Of Ed/glelsi
2401 International Lane
Madison, WI 53704

Valley National Bank
1460 Valley Road
Wayne, NJ 07470

Valley National Bank

Wong Fleming P.C
821 Alexander Road
Suite 200
Princeton, NJ 08540