| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:    (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the debtor(s), Anthony and Veronica Curto* | **Order Filed on October 7, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Anthony and Veronica Curto<br><br>        Debtor(s). | Case No: 20-14300 (VFP)<br><br>Chapter 11, Subchapter V<br><br>Hearing Date: |

## <u>ORDER GRANTING ALLOWANCES</u>

The relief set forth on the following page is hereby ORDERED.

**DATED: October 7, 2020**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case Name:    In re Anthony and Veronica Curto
Docket No.:    20-14300 (VFP)
Caption:      Second Interim Fee Application of Karina Pia Lucid, Esq., LLC, Counsel to the Debtor
Page ~2~

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is ORDERED that compensation and expenses are allowed as follows:

| APPLICANT(S) | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Karina Pia Lucid, Esq., LLC | $22,939.50 | $1,023.95 |