UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY
_____

Caption in Compliance with D.N.J. LBR 9004-2 (c)
Karina Pia Lucid, Esq., LLC
PO Box 230
3640 Valley Road, Suite 2A
Liberty Corner, NJ 07938-0230
Telephone: (908) 350-7505
Facsimile:   (908) 350-4505
E-mail:  klucid@karinalucidlaw.com
*Counsel to defendant(s), Anthony C. Curto Jr. and
Veronica Curto*

_____

In Re:

ANTHONY C. CURTO JR. AND VERONICA CURTO

Debtors.

_____

KINGTOWN TRUCKSTOP, LLC.,

Plaintiff(s),

v.

ANTHONY C. CURTO JR. AND VERONICA CURTO

Defendant(s).

Chapter 11
Subchapter V

Case No.: 20-14300 (VFP)

Adv. Pro. No.
20-01344 (VFP)

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Veronica and Anthony Curto, the debtors ("Debtors"), in this case propose a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Debtor:   Anthony & Veronica Curto
Case No.: 20-14300 (VFP), Adv, Pro. No.: 20-01344 (VFP)
Caption:   Notice of Proposed Settlement Resolving Adversary Case

**Address of the Clerk:**

If an objection is filed, a hearing will be held before the <u>Honorable Vincent F. Papalia</u>, on <u>December 22, 2020 at 10:00AM EST</u> at the <u>United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102, Courtroom 3B</u> (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:**

On or about June 9, 2020, an adversary complaint (the "Complaint") to determine the dischargeability of an alleged debt was filed on behalf of Kingtown Truckstop, LLC (the "Plaintiff") and against the Debtors and was docketed as Adv. Pro. No.: (VFP) (the "Adversary Case").  The Debtors filed an answer to the Complaint on or about July 26, 2020.  The Complaint alleged a non-dischargeable debt owed by the Debtors to Plaintiff in the amount of $154,539.41. the Debtors disputed not only the character of the debt, asserting it to be a general unsecured claim, but also the amount.

**Pertinent terms of settlement:**

After extensive discussion and limited discovery, the parties determined it was in their mutual best interests to settle the dispute rather than continuing down the path of costly and time-consuming litigation.

The accord reached between the parties is that Debtors accept Plaintiff's $154,539.41 claim and will pay $30,000.00 as a "convenience class" claim through their chapter 11 plan with the remaining balance of $124,539.41, being paid pro rata with other general unsecured claims through the plan.   The $30,000.00 convenience class claim is an agreed amount that will be non-dischargeable in the event the Debtors default on their chapter 11 plan payments.  The remainder of $124,539.41 remains a general unsecured claim subject to the same treatment as all other general unsecured claims

Debtor:   Anthony & Veronica Curto
Case No.: 20-14300 (VFP), Adv. Pro. No.: 20-01344 (VFP)
Caption:   Notice of Proposed Settlement Resolving Adversary Case

The Debtors contest the Plaintiff's full asserted claim and the allegations of non-dischargeability,

but all parties realizing the risks, uncertainties, and costs of litigation, support the resolution.

Objections must be served on, and requests for additional information directed to:

Name:   Karina Pia Lucid, Esq.

Address:   PO BOX 230, Liberty Corner, NJ 07938

Telephone No.: (908) 350-7505

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-14300-VFP

Anthony C Curto, Jr.                                                                   Chapter 11

Veronica Curto

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                        Page 1 of 4

Date Rcvd: Dec 09, 2020                       Form ID: pdf905                                    Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony C Curto, Jr., Veronica Curto, 20 Oakdale Ave, Andover, NJ 07821-2939 |
| cr | + | BMO Harris Bank N.A., 111 W. Monroe Street, Chicago, IL 60603-4095 |
| cr | + | Delaware River Joint Toll Bridge Commission, c/o Mark Caliguire, Esq., Florio Perrucci Steinhardt & Cappelli, 235 Broubalow Way, Phillipsburg, NJ 08865 UNITED STATES 08865-1682 |
| acc | + | Steven Kessler, Steven Kessler & Associates, LLC, 15 Commerice Blvd, Succasunna, NJ 07876-1343 |
| 518808095 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518766656 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 518761300 | + | Amerihome Mtg Co, Llc, 21300 Victory Blvd, Woodland Hills, CA 91367-2525 |
| 518761301 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518981704 | + | Arseneault & Fassett, LLP, 560 Main Street, Chatham, NJ 07928-2119 |
| 519036920 | + | BMO Harris Bank, N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 518761302 | + | Bank Capital Services LLC, dba F.N.B. Equipment, 1853 Highway 315, Pittston, PA 18640-6101 |
| 518761303 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68154 |
| 518761304 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518761307 | + | Cap1/saks, 3455 Hwy 80 West, Jackson, MS 39209-7202 |
| 518840794 | + | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518761309 | + | Cllcn Bureau Of The Hu, 155 North Plank Rd, Newburgh, NY 12550-1747 |
| 518761305 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Bloom/dsnb, Po Box 8218, Mason, OH 45040 |
| 518761316 | + | IPFS Corporation, c/o Norris McLaughlin, P.A., 400 Crossing Blvd 8th Floor, Bridgewater, NJ 08807-2863 |
| 518799730 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518786606 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518810003 | | Kingtown Truckstop, LLC, Michael Spapanka, Esq., 150 West Ave,, Somerville, NJ 08876 |
| 518911410 | | Knight Capital Funding III, LLC, 11 SE 6th Street, Suite 700, Fort Lauderdale, FL 33301 |
| 518803198 | + | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 518761318 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 518834084 | | State of New Jersey, Division of Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 518805152 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518761324 | + | Universal Card Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518761325 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 518761326 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2020 21:27:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2020 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

District/off: 0312-2                          User: admin                                    Page 2 of 4
Date Rcvd: Dec 09, 2020                       Form ID: pdf905                                Total Noticed: 56

| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
|---|---|---|---|
| | | Dec 09 2020 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518805435 | + Email/Text: bknotices@bankofthewest.com | | |
| | | Dec 09 2020 21:28:24 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON CA 94583-4213 |
| 518761306 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Dec 09 2020 22:10:45 | Cap1/neimn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518777136 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Dec 09 2020 22:11:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518761308 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Dec 09 2020 22:10:45 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518761310 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Dec 09 2020 21:28:00 | Comenity Bank/anntylr, Po Box 182789, Columbus, OH 43218-2789 |
| 518761311 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Dec 09 2020 21:28:00 | Comenitybank/jcrew, Po Box 182789, Columbus, OH 43218-2789 |
| 518761313 | + Email/Text: bankruptcies@foxcollection.com | | |
| | | Dec 09 2020 21:28:00 | Fox Collection Center, Pob 528, Goodlettsville, TN 37070-0528 |
| 518761314 | + Email/Text: bankruptcy@fult.com | | |
| | | Dec 09 2020 21:29:00 | Fulton Bank, Po Box 4887, Lancaster, PA 17604-4887 |
| 518839143 | + Email/Text: bankruptcy@fult.com | | |
| | | Dec 09 2020 21:29:00 | Fulton Bank, N.A., One Penn Square, Lancaster, PA 17602-2853 |
| 518833422 | + Email/Text: ipfscollectionsreferrals@ipfs.com | | |
| | | Dec 09 2020 21:29:00 | IPFS Corporation, 30 Montgomery Street, Suite 501, Jersey City, NJ 07302-3821 |
| 518777374 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Dec 09 2020 21:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518761317 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Dec 09 2020 22:11:40 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 518764501 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 09 2020 22:11:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518761319 | + Email/Text: bnc@nordstrom.com | | |
| | | Dec 09 2020 21:27:15 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 518801383 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 09 2020 22:11:47 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518799388 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 09 2020 22:10:51 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 518799390 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 09 2020 22:10:51 | Portfolio Recovery Associates, LLC, c/o Saks, POB 41067, Norfolk VA 23541 |
| 518833957 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Dec 09 2020 21:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518761320 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 09 2020 22:11:34 | Syncb/banarepdc, Po Box 965005, Orlando, FL 32896-5005 |
| 518761321 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 09 2020 22:12:30 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518761322 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 09 2020 22:10:38 | Syncb/gapdc, Po Box 965005, Orlando, FL 32896-5005 |
| 518761323 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 09 2020 22:10:38 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518839842 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 09 2020 22:10:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518762232 | + Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0312-2 | User: admin | Page 3 of 4
Date Rcvd: Dec 09, 2020 | Form ID: pdf905 | Total Noticed: 56

Dec 09 2020 22:11:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 518948540 | | Delaware River Joint Toll Bridge Commission, 2492 River Road, New Hope, Pennsylvania |
| 518761312 | | First National Bank |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518808109 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518761315 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518870919 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division Of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Kevin Haney | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com sshalloo@wongfleming.com,spiotrowski@wongfleming.com |
| Karina Pia Lucid | on behalf of Defendant Anthony C. Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Debtor Anthony C Curto  Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Defendant Veronica Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Defendant Anthony Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Veronica Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Kerry E. Cahill | on behalf of Creditor Delaware River Joint Toll Bridge Commission kcahill@fpsflawfirm.com  tlentini@floriolaw.com |
| Mark Edward Hall | mhall@foxrothschild.com |

Michael Shapanka
                        on behalf of Plaintiff Kingtown Truckstop  LLC mshapanka@optonline.net

Michael Shapanka
                        on behalf of Creditor Kingtown Truckstop  LLC mshapanka@optonline.net

Mitchell Hausman
                        on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13