UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

FLORIO, PERRUCCI, STEINHARDT,
CAPPELLI, TIPTON & TAYLOR, LLC
Brian R. Tipton, Esquire
235 Broubalow Way
Phillipsburg, NJ 08865
Phone:    (908) 454-8300
Facsimile: (908) 454-8623
Email: btipton@floriolaw.com

*Attorneys for Delaware River Joint Toll Bridge Commission*

| In Re: | Case No.: | 20-14300 (VFP) |
|---|---|---|
| ANTHONY C. CURTO, JR. & VERONICA CURTO,<br><br>                    Debtors | Chapter: | 11 |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Brian R. Tipton, Esq. as attorney for Delaware River Joint Toll Bridge Commission, in the above-captioned matter.

Withdrawing Attorney                    Superseding Attorney

_____                 _____
Kerry Cahill, Esq.                      Brian R. Tipton, Esq.
Florio, Perrucci, Steinhardt Cappelli Tipton    Florio Perrucci Steinhardt Cappelli Tipton
& Taylor, LLC                           & Taylor, LLC
235 Broubalow Way                       235 Broubalow Way
Phillipsburg, NJ 08865                  Phillipsburg, NJ 08865

Dated: 1/8/21                           Dated: 1/8/21

{00920065.DOCX v.1}