

**FLORIO PERRUCCI STEINHARDT & CAPPELLI LLC**

235 Broubalow Way  |  O 908.454.8300
Phillipsburg, NJ 08865  |  F 908.454.5827

**Brian R. Tipton, Esq.**
908.454.8300
btipton@floriolaw.com

January 13, 2021

*<u>Via Electronic Filing</u>*
Karina Pia Lucid, Esq.
P.O. Box 230
Liberty Corner, NJ 07938

Chapter 11 Trustee
Mark Edward Hall
Fox Rothschild, LLP
49 Market Street
Morristown, NJ 07960

      RE:    <u>**Delaware River Joint Toll Bridge Commission v. TMT Trucking et al.**</u>
              **Case No.: 20-14300-VFP**

Dear Ms. Lucid and Mr. Hall,

      Our office represents the Delaware River Joint Toll Bridge Commission ("DRJTBC") in the above referenced matter. Please be advised that we hereby withdraw our objection to Debtor's Amended Chapter 11 Plan.

      Thank you for your attention to this matter. Should you have any questions or concerns please do not hesitate to contact me.

                                  Respectfully Submitted,

                                  *Brian R. Tipton*

                                  Brian R. Tipton

BRT/br