Form 147 − ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−14300−VFP
Chapter:  11
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony C Curto Jr.                                      Veronica Curto
   dba TMT Trucking, dba Total Metal        20 Oakdale Ave
   Transport & Trucking LLC                   Andover, NJ 07821
   20 Oakdale Ave
   Andover, NJ 07821

Social Security No.:
   xxx−xx−8701                                         xxx−xx−7851

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on June 11, 2021.

   IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(c).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−4.

Dated: June 11, 2021
JAN: jf

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-14300-VFP
Anthony C Curto, Jr.  Chapter 11
Veronica Curto
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 11, 2021 | Form ID: 147 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony C Curto, Jr., Veronica Curto, 20 Oakdale Ave, Andover, NJ 07821-2939 |
| cr | + | BMO Harris Bank N.A., 111 W. Monroe Street, Chicago, IL 60603-4095 |
| cr | + | Delaware River Joint Toll Bridge Commission, c/o Mark Caliguire, Esq., Florio Perrucci Steinhardt & Cappelli, 235 Broubalow Way, Phillipsburg, NJ 08865 UNITED STATES 08865-1682 |
| acc | + | Steven Kessler, Steven Kessler & Associates, LLC, 15 Commerice Blvd, Succasunna, NJ 07876-1343 |
| 518808095 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518766656 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 518761300 | + | Amerihome Mtg Co, Llc, 21300 Victory Blvd, Woodland Hills, CA 91367-2525 |
| 518761301 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518981704 | + | Arseneault & Fassett, LLP, 560 Main Street, Chatham, NJ 07928-2119 |
| 519036920 | + | BMO Harris Bank, N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 518761302 | + | Bank Capital Services LLC, dba F.N.B. Equipment, 1853 Highway 315, Pittston, PA 18640-6101 |
| 518761303 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68154 |
| 518761304 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518761307 | + | Cap1/saks, 3455 Hwy 80 West, Jackson, MS 39209-7202 |
| 518840794 | + | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518761309 | + | Cllcn Bureau Of The Hu, 155 North Plank Rd, Newburgh, NY 12550-1747 |
| 518761316 | + | IPFS Corporation, c/o Norris McLaughlin, P.A., 400 Crossing Blvd 8th Floor, Bridgewater, NJ 08807-2863 |
| 518799730 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518786606 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518810003 | | Kingtown Truckstop, LLC, Michael Spapanka, Esq., 150 West Ave,, Somerville, NJ 08876 |
| 518911410 | | Knight Capital Funding III, LLC, 11 SE 6th Street, Suite 700, Fort Lauderdale, FL 33301 |
| 518803198 | + | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 518761318 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 518834084 | | State of New Jersey, Division of Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 518805152 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518761324 | + | Universal Card Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518761325 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 518761326 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2021 21:03:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2021 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2021 21:04:00 | United States Trustee, Office of the United States |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 147 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518805435 | + | Email/Text: bknotices@bankofthewest.com | Jun 11 2021 21:04:22 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON CA 94583-4213 |
| 518761306 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 22:05:47 | Cap1/neimn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518777136 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 11 2021 22:04:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518761308 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 22:05:47 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518761310 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Comenity Bank/anntylr, Po Box 182789, Columbus, OH 43218-2789 |
| 518761311 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Comenitybank/jcrew, Po Box 182789, Columbus, OH 43218-2789 |
| 518761305 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:35 | Bloom/dsnb, Po Box 8218, Mason, OH 45040 |
| 518761313 | + | Email/Text: bankruptcies@foxcollection.com | Jun 11 2021 21:04:00 | Fox Collection Center, Pob 528, Goodlettsville, TN 37070-0528 |
| 518761314 | + | Email/Text: bankruptcy@fult.com | Jun 11 2021 21:05:00 | Fulton Bank, Po Box 4887, Lancaster, PA 17604-4887 |
| 518839143 | + | Email/Text: bankruptcy@fult.com | Jun 11 2021 21:05:00 | Fulton Bank, N.A., One Penn Square, Lancaster, PA 17602-2853 |
| 518833422 | + | Email/Text: ipfscollectionsreferrals@ipfs.com | Jun 11 2021 21:05:00 | IPFS Corporation, 30 Montgomery Street, Suite 501, Jersey City, NJ 07302-3821 |
| 518777374 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 11 2021 21:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518761317 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 11 2021 22:04:21 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 518764501 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2021 22:04:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518761319 | + | Email/Text: bnc@nordstrom.com | Jun 11 2021 21:03:21 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 518801383 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2021 22:05:57 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518799388 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2021 22:04:35 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 518799390 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2021 22:04:35 | Portfolio Recovery Associates, LLC, c/o Saks, POB 41067, Norfolk VA 23541 |
| 518833957 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2021 21:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518761320 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:05:38 | Syncb/banarepdc, Po Box 965005, Orlando, FL 32896-5005 |
| 518761321 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:14 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518761322 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:14 | Syncb/gapdc, Po Box 965005, Orlando, FL 32896-5005 |
| 518761323 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:14 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518839842 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:05:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518762232 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Jun 11, 2021 | Form ID: 147 | Total Noticed: 56 |

|  |  |  |
|---|---|---|
| | Jun 11 2021 22:05:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518948540 | | Delaware River Joint Toll Bridge Commission, 2492 River Road, New Hope, Pennsylvania |
| 518761312 | | First National Bank |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518808109 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518761315 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518870919 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division Of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian R Tipton | on behalf of Creditor Delaware River Joint Toll Bridge Commission btipton@fpsflawfirm.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Kevin Haney | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com sshalloo@wongfleming.com,spiotrowski@wongfleming.com |
| Karina Pia Lucid | on behalf of Defendant Anthony C. Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Debtor Anthony C Curto  Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Defendant Veronica Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Defendant Anthony Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Veronica Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Mark Edward Hall | mhall@foxrothschild.com |
| Michael Shapanka | |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 11, 2021 | Form ID: 147 | Total Noticed: 56 |

| | on behalf of Plaintiff Kingtown Truckstop LLC mshapanka@optonline.net |
| Michael Shapanka | |
| | on behalf of Creditor Kingtown Truckstop LLC mshapanka@optonline.net |
| Mitchell Hausman | |
| | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13