Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−14300−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony C Curto Jr.                                 Veronica Curto
   dba TMT Trucking, dba Total Metal       20 Oakdale Ave
   Transport & Trucking LLC                 Andover, NJ 07821
   20 Oakdale Ave
   Andover, NJ 07821

Social Security No.:
   xxx−xx−8701                                      xxx−xx−7851

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       8/31/21
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Mark Edward Hall, Trustee Chapter 11,
period: 3/16/2020 to 4/22/2021

COMMISSION OR FEES
$13,659.00

EXPENSES
$370.00.

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 11, 2021
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-14300-VFP |
| Anthony C Curto, Jr. | Chapter 11 |
| Veronica Curto | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 11, 2021 | Form ID: 137 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony C Curto, Jr., Veronica Curto, 20 Oakdale Ave, Andover, NJ 07821-2939 |
| cr | + | BMO Harris Bank N.A., 111 W. Monroe Street, Chicago, IL 60603-4095 |
| cr | + | Delaware River Joint Toll Bridge Commission, c/o Mark Caliguire, Esq., Florio Perrucci Steinhardt & Cappelli, 235 Broubalow Way, Phillipsburg, NJ 08865 UNITED STATES 08865-1682 |
| acc | + | Steven Kessler, Steven Kessler & Associates, LLC, 15 Commerice Blvd, Succesunna, NJ 07876-1343 |
| 518808095 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518766656 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 518761300 | + | Amerihome Mtg Co, Llc, 21300 Victory Blvd, Woodland Hills, CA 91367-2525 |
| 518761301 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518981704 | + | Arseneault & Fassett, LLP, 560 Main Street, Chatham, NJ 07928-2119 |
| 519036920 | + | BMO Harris Bank, N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 518761302 | + | Bank Capital Services LLC, dba F.N.B. Equipment, 1853 Highway 315, Pittston, PA 18640-6101 |
| 518761303 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68154 |
| 518761304 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518761307 | + | Cap1/saks, 3455 Hwy 80 West, Jackson, MS 39209-7202 |
| 518840794 | + | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518761309 | + | Cllcn Bureau Of The Hu, 155 North Plank Rd, Newburgh, NY 12550-1747 |
| 518761316 | + | IPFS Corporation, c/o Norris McLaughlin, P.A., 400 Crossing Blvd 8th Floor, Bridgewater, NJ 08807-2863 |
| 518799730 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518786606 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518810003 | | Kingtown Truckstop, LLC, Michael Spapanka, Esq., 150 West Ave,, Somerville, NJ 08876 |
| 518911410 | | Knight Capital Funding III, LLC, 11 SE 6th Street, Suite 700, Fort Lauderdale, FL 33301 |
| 518803198 | + | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 518761318 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 518834084 | | State of New Jersey, Division of Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 518761324 | + | Universal Card Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518761325 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 518761326 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 11 2021 20:29:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

Case 20-14300-VFP    Doc 112    Filed 08/13/21    Entered 08/14/21 00:12:47    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 11, 2021 | Form ID: 137 | Total Noticed: 56 |

| Recipient # | | Method/Address | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Center, Suite 2100, Newark, NJ 07102-5235 |
| 518805435 | + | Email/Text: bknotices@bankofthewest.com | Aug 11 2021 20:29:58 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON CA 94583-4213 |
| 518761306 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 11 2021 20:48:26 | Cap1/neimn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518777136 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 11 2021 20:48:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518761308 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 11 2021 20:48:35 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518761310 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2021 20:29:00 | Comenity Bank/anntylr, Po Box 182789, Columbus, OH 43218-2789 |
| 518761311 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2021 20:29:00 | Comenitybank/jcrew, Po Box 182789, Columbus, OH 43218-2789 |
| 518761305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2021 20:48:38 | Bloom/dsnb, Po Box 8218, Mason, OH 45040 |
| 518761313 | + | Email/Text: bankruptcies@foxcollection.com | Aug 11 2021 20:29:00 | Fox Collection Center, Pob 528, Goodlettsville, TN 37070-0528 |
| 518761314 | + | Email/Text: bankruptcy@fult.com | Aug 11 2021 20:29:00 | Fulton Bank, Po Box 4887, Lancaster, PA 17604-4887 |
| 518839143 | + | Email/Text: bankruptcy@fult.com | Aug 11 2021 20:29:00 | Fulton Bank, N.A., One Penn Square, Lancaster, PA 17602-2853 |
| 518833422 | + | Email/Text: ipfscollectionsreferrals@ipfs.com | Aug 11 2021 20:29:00 | IPFS Corporation, 30 Montgomery Street, Suite 501, Jersey City, NJ 07302-3821 |
| 518777374 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2021 20:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518761317 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 11 2021 20:48:43 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 518764501 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2021 20:48:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518761319 | + | Email/Text: bnc@nordstrom.com | Aug 11 2021 20:29:57 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 518801383 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2021 20:48:27 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518799388 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2021 20:48:46 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 518799390 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2021 20:48:27 | Portfolio Recovery Associates, LLC, c/o Saks, POB 41067, Norfolk VA 23541 |
| 518833957 | | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2021 20:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518761320 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 20:48:24 | Syncb/banarepdc, Po Box 965005, Orlando, FL 32896-5005 |
| 518761321 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 20:48:24 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518761322 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 20:48:24 | Syncb/gapdc, Po Box 965005, Orlando, FL 32896-5005 |
| 518761323 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 20:48:24 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518839842 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 20:48:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518762232 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 20:48:24 | Synchrony Bank, c/o of PRA Receivables |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 11, 2021 | Form ID: 137 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 518805152 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | | Aug 11 2021 20:29:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518948540 | | Delaware River Joint Toll Bridge Commission, 2492 River Road, New Hope, Pennsylvania |
| 518761312 | | First National Bank |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518808109 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518761315 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518870919 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division Of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian R Tipton | on behalf of Creditor Delaware River Joint Toll Bridge Commission btipton@fpsflawfirm.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Kevin Haney | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com sshalloo@wongfleming.com,spiotrowski@wongfleming.com |
| Karina Pia Lucid | on behalf of Defendant Anthony C. Curto klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Debtor Anthony C Curto Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Defendant Veronica Curto klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Defendant Anthony Curto klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Veronica Curto klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 11, 2021 | Form ID: 137 | Total Noticed: 56 |

Mark E. Hall
    on behalf of Trustee Mark Edward Hall mhall@foxrothschild.com  cbrown@foxrothschild.com

Mark Edward Hall
    mhall@foxrothschild.com

Michael Shapanka
    on behalf of Plaintiff Kingtown Truckstop  LLC mshapanka@optonline.net

Michael Shapanka
    on behalf of Creditor Kingtown Truckstop  LLC mshapanka@optonline.net

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14