| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ  07960<br>973-992-4800<br>Mark E. Hall, Esq.<br>mhall@foxrothschild.com<br>Chapter 11 Sub V Trustee | Order Filed on September 1, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ANTHONY C. CURTO, JR., and<br><br>VERONICA CURTO,<br><br>                                Debtors. | Chapter 11<br><br>Case No. 20-14300 (VFP)<br><br>Judge:  Hon. Vincent F. Papalia |

### ORDER GRANTING ALLOWANCES FOR FIRST AND FINAL FEE APPLICATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD LLP ON ACCOUNT OF SERVICES RENDERED BY SUBCHAPTER V TRUSTEE, MARK E. HALL

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 1, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

121735811.1

PAGE 2
CASE NAME:   ANTHONY C. CURTO, JR., AND VERONICA CURTO
CASE NO:  20-14300 (VFP)

**ORDER GRANTING ALLOWANCES FOR FIRST AND FINAL FEE APPLICATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD LLP ON ACCOUNT OF SERVICES RENDERED BY SUBCHAPTER V TRUSTEE, MARK E. HALL**

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Fox Rothschild LLP (for Mark E. Hall's services) | $13,659.00 | $370.00 |