UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ  07960
973-992-4800
Mark E. Hall, Esq.
mhall@foxrothschild.com
Chapter 11 Sub V Trustee

Order Filed on September 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY C. CURTO, JR., and

VERONICA CURTO,

                     Debtors.

Chapter 11

Case No. 20-14300 (VFP)

Judge:  Hon. Vincent F. Papalia

# ORDER GRANTING ALLOWANCES FOR FIRST AND FINAL FEE APPLICATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD LLP ON ACCOUNT OF SERVICES RENDERED BY SUBCHAPTER V TRUSTEE, MARK E. HALL

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 1, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

121735811.1

PAGE 2
CASE NAME:   ANTHONY C. CURTO, JR., AND VERONICA CURTO
CASE NO:  20-14300 (VFP)

**ORDER GRANTING ALLOWANCES FOR FIRST AND FINAL FEE APPLICATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD LLP ON ACCOUNT OF SERVICES RENDERED BY SUBCHAPTER V TRUSTEE, MARK E. HALL**

_____

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Fox Rothschild LLP (for Mark E. Hall's services) | $13,659.00 | $370.00 |

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 20-14300-VFP
Anthony C Curto, Jr.                                                                  Chapter 11
Veronica Curto
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 01, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Anthony C Curto, Jr., Veronica Curto, 20 Oakdale Ave, Andover, NJ 07821-2939 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian R Tipton | on behalf of Creditor Delaware River Joint Toll Bridge Commission btipton@fpsflawfirm.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Kevin Haney | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com sshalloo@wongfleming.com,spiotrowski@wongfleming.com |
| Karina Pia Lucid | on behalf of Defendant Veronica Curto klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Defendant Anthony Curto klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 01, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Karina Pia Lucid
    on behalf of Joint Debtor Veronica Curto klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
    on behalf of Defendant Anthony C. Curto klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
    on behalf of Debtor Anthony C Curto Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com

Mark E. Hall
    on behalf of Trustee Mark Edward Hall mhall@foxrothschild.com cbrown@foxrothschild.com

Mark Edward Hall
    mhall@foxrothschild.com

Michael Shapanka
    on behalf of Plaintiff Kingtown Truckstop LLC mshapanka@optonline.net

Michael Shapanka
    on behalf of Creditor Kingtown Truckstop LLC mshapanka@optonline.net

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14