UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>Anthony C Curto, Jr. &<br>Veronica Curto<br><br>Debtors. | Case No.:         20-14300<br><br>Chapter:         11<br><br>Hearing Date:    November 9, 2021<br><br>Judge:         Vincent F. Papalia |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:    DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after ____November 12, 2021____ unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:          November 9, 2021

Time:         10:00am

Location:     By telephone conference call.  Please contact
              Court Solutions at 917-746-7476 to schedule
              a telephonic appearance.

DATED:    October 13, 2021                          JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-14300-VFP

Anthony C Curto, Jr.                                                                   Chapter 11

Veronica Curto

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Anthony C Curto, Jr., Veronica Curto, 20 Oakdale Ave, Andover, NJ 07821-2939 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021                      Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian R Tipton | on behalf of Creditor Delaware River Joint Toll Bridge Commission btipton@fpsflawfirm.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Kevin Haney | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com sshalloo@wongfleming.com,spiotrowski@wongfleming.com |
| Karina Pia Lucid | on behalf of Debtor Anthony C Curto  Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Defendant Veronica Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 13, 2021                       Form ID: pdf903                                 Total Noticed: 1

Karina Pia Lucid
                    on behalf of Defendant Anthony Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
                    on behalf of Joint Debtor Veronica Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
                    on behalf of Defendant Anthony C. Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com

Mark E. Hall
                    on behalf of Trustee Mark Edward Hall mhall@foxrothschild.com  cbrown@foxrothschild.com

Mark Edward Hall
                    mhall@foxrothschild.com

Mark Edward Hall
                    on behalf of Trustee Mark Edward Hall mhall@foxrothschild.com

Michael Shapanka
                    on behalf of Plaintiff Kingtown Truckstop  LLC mshapanka@optonline.net

Michael Shapanka
                    on behalf of Creditor Kingtown Truckstop  LLC mshapanka@optonline.net

Mitchell Hausman
                    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 15