UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

_____

Caption in Compliance with D.N.J. LBR 9004-2 (c)
Karina Pia Lucid, Esq., LLC
1065 Route 22 W
Suite 2B
, NJ 07938-0230
Telephone: (908) 350-7505
Facsimile:   (908) 350-4505
E-mail:  klucid@karinalucidlaw.com
*Counsel to defendant(s), Anthony C. Curto Jr. and
Veronica Curto*

_____

In Re:

ANTHONY C. CURTO JR. AND VERONICA CURTO

                    Debtors.

Chapter 11
Subchapter V

Case No.: 20-14300 (VFP)

Adv. Pro. No.
20-01344 VFP

**RESPONSE TO NOTICE OF INTENTION TO CLOSE CASE**

KARINA PIA LUCID, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey, counsel to Anthony & Veronica Curto (the "Debtors"),

2. On June 11, 2021, the case was confirmed.

3. Our office  filed the final Fee Application ("Fee Application")   DE #  120 which is scheduled for a hearing on November 9, 2021.

4. It is my understanding that our Fee Application must be approved prior to our office filing the Motion to Discharge and Notice of Substantial Consummation.

5. It is for this reason that we request the case not be closed until after our Fee Application be granted so that the aforementioned documents could be filed with the court.

Dated: November 8, 2021

**KARINA PIA LUCID, ESQ., LLC**
*Counsel to defendants, Anthony & Veronica Curto*


By:    */s/ Karina P. Lucid*
          Karina P. Lucid, Esq.