Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  20−14300−VFP
          Chapter:  11
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony C Curto Jr.                                Veronica Curto
    dba TMT Trucking, dba Total Metal       20 Oakdale Ave
    Transport & Trucking LLC                 Andover, NJ 07821
    20 Oakdale Ave
    Andover, NJ 07821

Social Security No.:
    xxx−xx−8701                                       xxx−xx−7851

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/16/21 at 10:00 AM

to consider and act upon the following:

*121* − Notice of Intention to Close Case. Hearing date if Objection filed: 11/9/2021. Notice served on the debtor, debtor's attorney, attorney for creditors' committee, if any, Trustee, if any and United States Trustee. Objections due by 11/2/2021.Deadline to close chapter 11 case is 11/12/2021. (jf)

*123* − Response to (related document:121 Notice of Intention to Close Case. Hearing date if Objection filed: 11/9/2021. Notice served on the debtor, debtor's attorney, attorney for creditors' committee, if any, Trustee, if any and United States Trustee. Objections due by 11/2/2021.Deadline to close chapter 11 case is 11/12/2021. (jf)) filed by Karina Pia Lucid on behalf of Anthony C Curto Jr., Veronica Curto. (Lucid, Karina)

Dated: 11/8/21

                                                            Jeanne Naughton
                                                             Clerk, U.S. Bankruptcy Court