Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−14300−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony C Curto Jr.      Veronica Curto
   dba TMT Trucking, dba Total Metal      20 Oakdale Ave
   Transport & Trucking LLC      Andover, NJ 07821
   20 Oakdale Ave
   Andover, NJ 07821

Social Security No.:
   xxx−xx−8701      xxx−xx−7851

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/16/21 at 10:00 AM

to consider and act upon the following:

*121* − Notice of Intention to Close Case. Hearing date if Objection filed: 11/9/2021. Notice served on the debtor, debtor's attorney, attorney for creditors' committee, if any, Trustee, if any and United States Trustee. Objections due by 11/2/2021.Deadline to close chapter 11 case is 11/12/2021. (jf)

*123* − Response to (related document:121 Notice of Intention to Close Case. Hearing date if Objection filed: 11/9/2021. Notice served on the debtor, debtor's attorney, attorney for creditors' committee, if any, Trustee, if any and United States Trustee. Objections due by 11/2/2021.Deadline to close chapter 11 case is 11/12/2021. (jf)) filed by Karina Pia Lucid on behalf of Anthony C Curto Jr., Veronica Curto. (Lucid, Karina)

Dated: 11/8/21

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 20-14300-VFP
Anthony C Curto, Jr.   Chapter 11
Veronica Curto
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Nov 08, 2021  Form ID: ntchrgbk  Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony C Curto, Jr., Veronica Curto, 20 Oakdale Ave, Andover, NJ 07821-2939 |
| cr | + | BMO Harris Bank N.A., 111 W. Monroe Street, Chicago, IL 60603-4095 |
| cr | + | Delaware River Joint Toll Bridge Commission, c/o Mark Caliguire, Esq., Florio Perrucci Steinhardt & Cappelli, 235 Broubalow Way, Phillipsburg, NJ 08865 UNITED STATES 08865-1682 |
| acc | + | Steven Kessler, Steven Kessler & Associates, LLC, 15 Commerice Blvd, Succasunna, NJ 07876-1343 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 08 2021 20:38:48 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:**

**Name**  **Email Address**
Brian R Tipton
    on behalf of Creditor Delaware River Joint Toll Bridge Commission btipton@fpsflawfirm.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 08, 2021 | Form ID: ntchrgbk | Total Noticed: 5 |

Denise E. Carlon
 on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James Kevin Haney
 on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com
 sshalloo@wongfleming.com,spiotrowski@wongfleming.com

Karina Pia Lucid
 on behalf of Debtor Anthony C Curto  Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
 on behalf of Defendant Veronica Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
 on behalf of Defendant Anthony Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
 on behalf of Joint Debtor Veronica Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
 on behalf of Defendant Anthony C. Curto klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com

Mark E. Hall
 on behalf of Trustee Mark Edward Hall mhall@foxrothschild.com  cbrown@foxrothschild.com

Mark Edward Hall
 on behalf of Trustee Mark Edward Hall mhall@foxrothschild.com

Mark Edward Hall
 mhall@foxrothschild.com

Michael Shapanka
 on behalf of Plaintiff Kingtown Truckstop  LLC mshapanka@optonline.net

Michael Shapanka
 on behalf of Creditor Kingtown Truckstop  LLC mshapanka@optonline.net

Mitchell Hausman
 on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15