| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:    (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the debtor(s), Anthony and Veronica Curto* | Order Filed on November 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Anthony and Veronica Curto<br><br>                    Debtor(s). | Case No: 20-14300 (VFP)<br><br>Chapter 11, Subchapter V<br><br>Hearing Date: |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby ORDERED.

**DATED: November 9, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case Name:   In re Anthony and Veronica Curto
Docket No.:  20-14300 (VFP)
Caption:     Fifth and Final Fee Application of Karina Pia Lucid, Esq., LLC, Counsel to the Debtor
Page ~2~

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is ORDERED that compensation and expenses are allowed as follows:

| APPLICANT(S) | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Karina Pia Lucid, Esq., LLC | $7,060.50 | $173.29 |

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C Curto, Jr.  
Veronica Curto  
    Debtors

Case No. 20-14300-VFP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 09, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony C Curto, Jr., Veronica Curto, 20 Oakdale Ave, Andover, NJ 07821-2939 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian R Tipton | on behalf of Creditor Delaware River Joint Toll Bridge Commission btipton@fpsflawfirm.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Kevin Haney | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com sshalloo@wongfleming.com,spiotrowski@wongfleming.com |
| Karina Pia Lucid | on behalf of Debtor Anthony C Curto Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Defendant Veronica Curto klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |

District/off: 0312-2 — User: admin — Page 2 of 2
Date Rcvd: Nov 09, 2021 — Form ID: pdf903 — Total Noticed: 1

| | |
|---|---|
| Karina Pia Lucid | on behalf of Defendant Anthony Curto klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Veronica Curto klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Defendant Anthony C. Curto klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Mark E. Hall | on behalf of Trustee Mark Edward Hall mhall@foxrothschild.com cbrown@foxrothschild.com |
| Mark Edward Hall | mhall@foxrothschild.com |
| Mark Edward Hall | on behalf of Trustee Mark Edward Hall mhall@foxrothschild.com |
| Michael Shapanka | on behalf of Plaintiff Kingtown Truckstop LLC mshapanka@optonline.net |
| Michael Shapanka | on behalf of Creditor Kingtown Truckstop LLC mshapanka@optonline.net |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15