Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 20−14300−VFP
          Chapter: 11
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony C Curto Jr.<br>dba TMT Trucking, dba Total Metal<br>Transport & Trucking LLC<br>20 Oakdale Ave<br>Andover, NJ 07821 | Veronica Curto<br>20 Oakdale Ave<br>Andover, NJ 07821 |

Social Security No.:
  xxx−xx−8701                                xxx−xx−7851

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Mark Edward Hall is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 22, 2021</u>                    <u>Vincent F. Papalia</u>
                                                  Judge, United States Bankruptcy Court